

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:            01-21-00234-CV

Style:            Lawsuit Financial, Inc. v.

           **v.** Wyatt David Snider

Date motion filed*:            November 5, 2021

Type of motion:            Motion to Dismiss

Party filing motion:            Appellee

Document to be filed:

Is appeal accelerated?      Yes

If motion to extend time:
           Original due date:
           Number of previous extensions granted:            Current Due date:
           Date Requested:

Ordered that motion is:

     ☐    Granted

         If document is to be filed, document due:

     ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☒    **Denied**

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other: _____

     **We strike appellee's Motion to Dismiss because said motion is deficient for failing to comply with the Texas Rules of Appellate Procedure.** *See* **TEX. R. APP. P. 10.1(a)(5). The Court will consider a Motion to Dismiss that complies with the certificate of conference requirements of the Texas Rules of Appellate Procedure.** *See id***.**

Judge's signature:        /s/ Sherry Radack
           ☑    Acting individually     ☐    Acting for the Court

Panel consists of _____

Date: _____November 18, 2021_____